**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NY**
**BROOKLYN DIVISION**

-------------------------------------------------------- X
In re:

Hyacinth Joyce Simms,
                                    Debtor.

Chapter: 13
Case No.: 23-40070-NHL
Judge: Hon. Nancy Hershey Lord

-------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm of McCalla Raymer Leibert Pierce, LLC hereby appears in this matter on behalf of JPMorgan Chase Bank, National Association with respect to its interest in the real property described as 624 POWELLS LANE, Westbury, NY 11590. Pursuant to Bankruptcy Rule 2002, kindly direct all court notices, pleadings, and correspondence to the undersigned.

                                      MCCALLA RAYMER LEIBERT PIERCE, LLC
                                      Attorneys for JPMorgan Chase Bank, National Association

Dated: January 20, 2023        By:   */s/ Phillip Raymond*
                                                Phillip Raymond
                                                420 Lexington Avenue
                                                Suite 840
                                                New York, NY 10170
                                                Telephone: (347) 286-7409
                                                Facsimile: (347) 286-7414
                                                NY_ECF_Notices@McCalla.com