RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
11 Broadway, Suite 715
New York, New York 10004
Tel: 212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Co-counsel for Felix Street Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :
In re:                                : Chapter 13
                                      :
HYACINTH JOYCE SIMMS,                 : Case No.: 23-40070-NHL
                                      :
            Debtor.                   :
                                      :
------------------------------------- x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE the undersigned hereby appears as co-counsel for Felix Street Holdings LLC (the "Notice Party"), a party in interest in the above-captioned case. Pursuant to section 342 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Notice Party requests that all notices given or that are required to be given and all pleadings and orders that are served or required to be served in the above-captioned chapter 13 case, or in proceedings related thereto, be served at the following address:

Rubin LLC
11 Broadway, Suite 715
New York, New York 10004
Tel: 212. 390.8054
Fax: 212.390.8064
Attention: Paul A. Rubin
Hanh Huynh
E-mail: prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices, pleadings, orders, and other papers referred to in the Bankruptcy Code sections and the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints, answering or reply papers, plans, disclosure statements, reports, and demands, including all amendments to the foregoing, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects the chapter 13 case or any proceedings related thereto, the above-captioned Debtor, property in her possession, custody, or control, the administration of the Debtor's bankruptcy case, or the rights of creditors or other parties in interest, or which affects the Notice Party.

PLEASE TAKE FURTHER NOTICE that the Notice Party does not intend, nor shall it be deemed, through this Notice of Appearance and Request for Service of Papers, or any subsequent appearance, pleading, claim, suit, or conduct, to waive any substantive or procedural rights, including, without limitation, (i) its rights to have a United States District Judge determine de novo all non-core proceedings (and all core proceedings as to which the Bankruptcy Court lacks authority to enter judgments or final orders), (ii) its rights to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to the chapter 13 case, (iii) its rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any right to object to the jurisdiction of the

Bankruptcy Court, or to venue in the Eastern District of New York, for any purpose other than with respect to this Notice of Appearance and Request for Service of Papers, or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies the Notice Party expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be construed as an appointment of any person or entity as authorized agents of the Notice Party, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil Procedure.

Dated: New York, New York
July 5, 2023

RUBIN LLC

By: */s/ Paul A. Rubin*
Paul A. Rubin
11 Broadway, Suite 715
New York, New York 10004
Tel: 212.390.8054
prubin@rubinlawllc.com

*Co-counsel for Felix Street Holdings LLC*