UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

------------------------------------------------------- X

In re:

Hyacinth Joyce Simms,
                                Debtor.

**AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D) AS TO THE FIRST (1ST) MORTGAGE ON 624 POWELLS LANE, WESTBURY, NEW YORK 11590**

Chapter: 11
Case No.: 1-23-40070-nhl
Judge: Hon. Nancy Hershey Lord

------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that upon the motion of JPMorgan Chase Bank, National Association ("Movant"), by its counsel, McCalla Raymer Leibert Pierce, LLC, the undersigned will move before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court, located at Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11201, Courtroom 3577 on the October 3, 2023 at 11:30 AM or as soon thereafter as counsel can be heard.

      **PLEASE TAKE FURTHER NOTICE** that the proposed order will seek to vacate the automatic stay imposed by 11 U.S.C. § 362(a) with respect to the property described as 624 Powells Lane, Westbury, New York 11590, pursuant to 11 U.S.C. § 362(d)(1) as Movant is not receiving adequate protection payments and pursuant to 11 U.S.C. § 362(d)(2) as the property is not necessary for successful reorganization. Within that same time, you must serve the undersigned and all other entities to whom this motion has been noticed, as indicated below, with a copy of your objections, stating both the legal grounds and the facts which establish the reasons for your objections. The objections shall identify the motion to which they are addressed by name of moving party, date of hearing, relief sought by the motion, and by title, caption, and case number of the case in which the motion is made. Within that same time you must also file with the Clerk of the Court the original of your objections together with proof by affidavit or

certification that copies have been properly served no later than three (3) business days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** Mandatory Registration for Hearings. Judge Nancy Hershey-Lord conducts hearings telephonically and by videoconference. All participants must register with eCourt Appearances in advance of all telephonic and videoconference appearances. eCourt Appearances registration is required by both attorneys and non-attorney participants. Attorneys with a CM/ECF account may find the program under the "Utilities" menu after logging on to CM/ECF.

Those without CM/ECF accounts may access the program on the website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. To register for eCourt Appearances and for more information on eCourt Appearances, including a tutorial, click here.

Once registered, eCourt Appearances will email the telephone number and/or video link for your hearing. You may register for hearings weeks in advance, but the telephone number and/or video link will not be emailed to you until 48 hours before the hearing date. Those registering with eCourt Appearances for hearings in less than 48 hours should allow up to 15 minutes after registration to receive the email with the telephone number and/or video link.
Those unable to access eCourt Appearances must email Judge Nancy Hershey-Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

Chapter 11 Matters and Related Adversary Proceedings - Beginning June 7, 2022, hearings on all Chapter 11 cases and their related adversary proceedings will be conducted using the Zoom platform. Parties have the option to either dial in as an audio only participant using the provided Zoom dial-in number or connect by video using the provided video link.

Chapters 7/13 and Related Adversary Proceedings - Hearings on Chapters 7 and 13 cases and their related adversary proceedings will continue to be conducted telephonically using the current AT&T telephone number (888-363-4734) and access code (4702754).

Dated: August 24, 2023

Respectfully Submitted,

By: /s/Phillip A. Raymond
Phillip A. Raymond, Esq.
McCalla Raymer Leibert Pierce, LLC
Attorneys for Secured Creditor
420 Lexington Avenue, Suite 840
New York, NY 10170
Telephone/Fax: 732-692-6872
Phillip.Raymond@McCalla.com

TO: Service List