UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

------------------------------------------------------- X
In re:
                     Chapter: 11
Hyacinth Joyce Simms,          Case No.: 1-23-40070-nhl
          Debtor.   Judge: Hon. Nancy Hershey Lord
------------------------------------------------------- X

## CERTIFICATION OF SERVICE

I hereby certify that on, August 24, 2023, I caused the Amended Notice of Motion for Relief from the Automatic Stay to be electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

| | | |
|---|---|---|
| Karamvir Dahiya | Debtor's Attorney | Email: karam@bankruptcypundit.com |
| | U.S. Trustee | Email: ustpregion02.br.ecf@usdoj.gov |

And, I hereby certify that I caused the foregoing to be mailed by the United States Postal Service the document to the following non-CM/ECF participants:

And, I hereby certify that I caused the foregoing to be mailed by the United States Postal Service the document to the following non CM/ECF participants:

Debtor:
Hyacinth Joyce Simms
1478 Flatbush Avenue
Brooklyn, NY 11210

Chambers:
Nancy Hershey Lord
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

  I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 8/24/2023            McCalla Raymer Leibert Pierce, LLC
                     Attorneys for JPMorgan Chase Bank, National Association

                 By: */s/ Alejandro Rodriguez*
                     Alejandro Rodriguez