UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:  Chapter 11

**Hyacinth Joyce Simms,**  Case No. 1-23-40070-nhl

Debtor.  **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that The Bank of New York Mellon Trust Company, N.A. fka The Bank of New York Trust Company, N.A. successor in interest to all permitted successors and assigns of JPMorgan Chase Bank, N.A. as Indenture Trustee for Bayview Commercial Asset Trust 2005-4, serviced by M&T Bank, appears herein by its counsel, KNUCKLES, KOMOSINSKI & MANFRO, LLP and demands pursuant to Rules 2002 and 9007 of the Bankruptcy Rules that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

**Knuckles, Komosinski & Manfro, LLP**
**565 Taxter Road, Suite 590**
**Elmsford, New York 10523**
**(914) 345-3020**

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way any rights or interests of The Bank of New York Mellon Trust Company, N.A. fka The Bank of New York Trust Company, N.A. successor in interest to all permitted successors and assigns of JPMorgan Chase Bank, N.A. as

Indenture Trustee for Bayview Commercial Asset Trust 2005-4, serviced by M&T Bank, with respect to the Debtor's property or proceeds thereof in which the Debtor may claim an interest.

Dated: September 18, 2023
Elsmford, NY

        Law Offices of Knuckles, Komosinski & Manfro, LLP
        Attorneys for The Bank of New York Mellon Trust Company, N.A. fka The Bank of New York Trust Company, N.A. successor in interest to all permitted successors and assigns of JPMorgan Chase Bank, N.A. as Indenture Trustee for Bayview Commercial Asset Trust 2005-4, serviced by M&T Bank

By: _____
      Ernest A. Yazzetti, Esq.
      565 Taxter Road, Suite 590
      Elmsford, NY 10523
      (914) 345-3020
      ey@kkmllp.com